FILED

08/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA 23-0225

MONTANA ENVIRONMENTAL
INFORMATION CENTER and
SIERRA CLUB,

      Plaintiffs/Appellees/Cross-
Appellants,

v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY, and
NORTHWESTERN ENERGY, INC.,

      Defendants/Appellants/Cross-
Appellees,

STATE OF MONTANA, by and through the
OFFICE OF THE ATTORNEY GENERAL,

      Intervenor-Defendant.

[PROPOSED] ORDER FOR 30-DAY
EXTENSION OF TIME

Based upon the unopposed motion pursuant to M.R.App.P. 26(2) and good cause shown

IT IS HEREBY ORDERED that Appellees/Cross-Appellants Montana Environmental

Information Center's and Sierra Club's Unopposed Motion for an Extension of Time is

GRANTED. Appellees/Cross-Appellants shall have up to and including Wednesday, October 11,

2023 to file their combined opening and answer brief.

DATED this _____ day of August, 2023.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 30 2023